IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| **MALIK HODGE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil No. 1:07-cv-1527 (CKK) |
| ) | |
| **UNITED AIRLINES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, United Airlines, Inc., through the undersigned counsel, respectfully moves this Court for an extension of time to respond to Plaintiff's complaint from November 13, 2007 to November 30, 2007. In support of this motion, Defendant states as follows:

1. On or about October 24, 2007, Defendant was served in the above-referenced matter. Defendant's response to Plaintiff's complaint is due on November 13, 2007.

2. The undersigned counsel only recently was asked to undertake representation of Defendant, and as such, requires additional time to investigate the allegations in the Complaint and frame an appropriate response.

3. Defendant is confident that an appropriate response can be prepared by November 30, 2007.

4. Defendant has made no previous requests for extension of time in this matter and this request is not made for the purpose of delay.

5. Pursuant to Local Rule 7(m), counsel for Plaintiff was contacted and has no objection to this motion for an extension of time.

| | |
|---|---|
| Date: November 13, 2007 | Respectfully submitted,<br><br>UNITED AIRLINES, INC.<br><br>_____/s/_____<br>Michael A. Viccora (D.C. Bar No. 434619)<br>Eric J. Janson (D.C. Bar No. 974395)<br>SEYFARTH SHAW LLP<br>815 Connecticut Avenue, N.W., Suite 500<br>Washington, DC 20006-4004<br>(202) 463-2400 (telephone)<br>(202) 828-5393 (facsimile)<br><br>Attorneys for Defendant United Airlines |