UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIK HODGE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED AIRLINES,<br><br>    Defendant. | Civil Action No. 07-1527 (CKK) |

**ORDER**
(January 4, 2008)

Defendant filed a Motion to Dismiss Plaintiff's Complaint on November 30, 2007. Pursuant to Local Civil Rule 7(b), "[w]ithin 11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." Plaintiff's Opposition was due on December 11, 2007, but no response was filed and no extensions were requested. Accordingly, the Court shall treat Defendant's Motion to Dismiss as conceded, and dismiss this case in its entirety.

Therefore, it is, this 4th day of January, 2008, hereby,

**ORDERED** that this case is dismissed in its entirety.

*This is a final, appealable order.*

                                          /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge