**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| MALIK HODGE ) | |
| 710 12th STREET, NE ) | |
| WASHINGTON, D.C. 20002 ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 07 CA 1527 |
| v. ) | |
| ) | |
| UNITED AIRLINES ) | |
| 1200 EAST ALGONQUIN ROAD ) | |
| ELK GROVE TOWNSHIP, IL 60007 ) | |
| ) | Jury Trial Demand |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S MOTION TO VACATE ORDER OF DISMISSAL

Comes now Plaintiff Malik Hodge, by and through counsel, and files Plaintiff's Motion to Vacate Order of Dismissal, and in support thereof states as follows.

Plaintiff filed a complaint of discrimination in this court against the Defendant after the EEOC found probable cause to believe Defendant discriminated against Plaintiff in terminating his employment. Defendant requested and was granted an extension of time to file a response to the complaint, and filed a motion to dismiss on November 30, 2007. Within a few days of Plaintiff receiving Defendant's motion to dismiss, Plaintiff's counsel advised Defendant's counsel that he would seek an extension until January 4, 2008 to file an opposition to the motion. Defendant's counsel consented to the motion and Plaintiff prepared and filed a consent motion for extension of time to file the opposition. (See Attached Motion). Counsel is almost certain that the motion was filed.

It was saved in PDF and counsel filed another motion in the court in another matter on the day the motion was filed, so there would not have been any reason not to file the motion. On January 4, 2008, the court issued an order granting the motion to dismiss as conceded and dismissing the complaint.

Plaintiff requests that the court vacate order of dismissal and reinstate the complaint. Counsel is almost certain the consent motion for an extension was filed, and there would not have been any reason for it not to be filed. Counsel has contacted the Clerk's office to find out if there is any record of the consent motion being filed and is waiting a response. If some type of confirmation is located, counsel will file it with the court. On January 2, 2008, Plaintiff's counsel again spoke to Defendant's counsel and advised him that Plaintiff's counsel had to seek medical attention over the holidays for a virus and when counsel returned to the office on January 2, 2008, he learned that his computer network had crashed and had to be replaced, and requested an additional week to file the opposition to the motion to dismiss, and Defendant's counsel consented to this request as well.

A grave injustice will be done if the complaint is not reinstated. Plaintiff has a meritorious defense to the motion and the EEOC actually found that there was probable cause to believe Defendant discriminated against the Plaintiff and this nullifies Defendant's claim that the administrative complaint was not timely. Further, there will be no harm to the Defendant if the complaint is reinstated because Plaintiff consented to an extension for Defendant to respond to the complaint, and the Defendant consented to extensions of time for Plaintiff to respond to the motion to dismiss. For these reasons, the motion to vacate the order of dismissal should be granted.

Plaintiff sought the Defendant's consent to this motion but Defendant had not responded at the time this motion was filed.

Respectfully submitted,

/s/ David A. Branch

David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C.  20009
(202) 785-2805 phone
(202) 785-0289 fax

## Certificate of Service

I hereby certify this 4th day of January 2008 that a copy of the foregoing Motion to Vacate Order of Dismissal was sent via electronic mail to counsel for the Defendant at the address listed below:

Micael Viccora
Michael A. Viccora
Seyfarth Shaw LLP
815 Connecticut Ave., N.W.,
Suite 500, Washington, D.C. 20006
Phone: (202) 828-3573
Fax: (202) 641-9273

/s/
_____

David A. Branch

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **MALIK HODGE** ) | |
| **710 12th STREET, NE** ) | |
| **WASHINGTON, D.C. 20002** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 07 CA 1527** |
| **v.** ) | |
| ) | |
| **UNITED AIRLINES** ) | |
| **1200 EAST ALGONQUIN ROAD** ) | |
| **ELK GROVE TOWNSHIP, IL 60007** ) | |
| ) | **Jury Trial Demand** |
| **Defendant.** ) | |
| ) | |

O R D E R

Upon Consideration of Plaintiff's Motion to Vacate Order of Dismissal, it is

ORDERED that the motion be and hereby is granted.

_____
U.S. District Court Judge

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| MALIK HODGE )<br>710 12th STREET, NE )<br>WASHINGTON, D.C. 20002 )<br>   )<br>   **Plaintiff,** )<br>   )<br>   v. )<br>   )<br>UNITED AIRLINES )<br>1200 EAST ALGONQUIN ROAD )<br>ELK GROVE TOWNSHIP, IL 60007 )<br>   )<br>   **Defendant.** )<br>_____ ) | Case No.: 07 CA 1527<br><br><br>**Jury Trial Demand** |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

   Comes now Plaintiff Malik Hodge, by and through counsel, and files Plaintiff's Consent Motion For Extension of Time to File Opposition to Defendant's Motion to Dismiss, and in support thereof states as follows.

   Defendant has filed a motion to dismiss and Plaintiff's opposition is due on December 14, 2007.  Plaintiff requests an extension through January 4, 2008 to file the opposition.  Plaintiff and his counsel are still working on the response to the motion, and it was necessary to obtain information from the EEOC to respond to the motion.  Counsel has to respond to four dispositive motions over the next week, and then will be out of the office between Christmas and New Year on a family vacation.  Counsel will need until an extension until January 4, 2008 to finalize and file the opposition.  Plaintiff

believes he has a meritorious defense to the motion and this motion is not being filed to cause any unnecessary delay.

Wherefore Plaintiff requests an extension through January 4, 2008 to file the opposition to the motion to dismiss. Plaintiff sought the consent of Defendant's counsel to this motion, and Defendant counsel consents to the request.

Respectfully submitted,

/s/ David A. Branch

David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C.  20009
(202) 785-2805 phone
(202) 785-0289 fax

## Certificate of Service

I hereby certify this 14th day of December 2007 that a copy of the foregoing Consent Motion for Extension of Time to File Opposition to Motion to Dismiss was sent via electronic mail to counsel for the Defendant at the address listed below:

Micael Viccora
Michael A. Viccora
Seyfarth Shaw LLP
815 Connecticut Ave., N.W.,
Suite 500, Washington, D.C. 20006
Phone: (202) 828-3573
Fax: (202) 641-9273

/s/
_____

David A. Branch

2