UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIK HODGE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED AIRLINES,<br><br>    Defendant. | Civil Action No. 07-1527 (CKK) |

**ORDER**
(January 18, 2008)

For the reasons stated in an accompanying Memorandum Opinion, it is, this 18th day of January, 2008, hereby

**ORDERED** that Plaintiff's [6] Motion to Vacate the Court's January 4, 2006 Order shall be DENIED; and it is further

**ORDERED** that Plaintiff's case shall remain DISMISSED WITHOUT PREJUDICE.


             /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge