UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| MALIK HODGE<br>710 12th STREET, NE<br>WASHINGTON, D.C. 20002<br><br>      **Plaintiff,**<br><br>      v.<br><br>UNITED AIRLINES<br>1200 EAST ALGONQUIN ROAD<br>ELK GROVE TOWNSHIP, IL 60007<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)   **Case No.:** 1:07-cv-01527 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given this 15th day of February, 2008, that Plaintiff Malik Hodge hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the of this Court entered on the 18th day of January, 2008 and all interim orders in favor of Defendant United Airlines and against said Plaintiff.

                                                                                Respectfully submitted,

                                                                                /s/ David A. Branch

                                                                                David A. Branch #438764
                                                                                Law Offices of David A. Branch, PC
                                                                                1825 Connecticut Avenue, N.W.
                                                                                Suite 690
                                                                                Washington, D.C.  20009
                                                                                (202) 785-2805 phone
                                                                                (202) 785-0289 fax

## **CERTIFICATE OF SERVICE**

I hereby certify this 15th day of February, 2008 that a copy of the foregoing Notice of Appeal was sent via electronic mail to counsel for the Defendant at the address listed below:

Micael Viccora
Michael A. Viccora
Seyfarth Shaw LLP
815 Connecticut Ave., N.W.,
Suite 500, Washington, D.C. 20006
Phone: (202) 828-3573
Fax: (202) 641-9273

/s/ David A. Branch _____