# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-7025**                                    **September Term 2007**

**07cv01527**

**Filed On:** July 31, 2008

Malik Hodge,

    Appellant

    v.

United Airlines,

    Appellee

**BEFORE:**    Ginsburg, Rogers, and Garland, Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance, the response thereto, and the reply, it is

**ORDERED**, on the court's own motion, that this case be remanded to allow the district court to determine whether, "'given the surfacing of the statute of limitations problem'" with appellant's Title VII claims, it wishes to reconsider its denial of appellant's motions for reconsideration of the January 4, 2008 dismissal order. Ciralsky v. Central Intelligence Agency, 355 F.3d 661, 674 (D.C. Cir. 2004) (quoting Estate of Solis-Rivera v. United States, 993 F.2d 1, 3 (1st Cir. 1993)).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**