IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIK HODGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:07-cv-1527 (CKK) |
| ) | |
| UNITED AIRLINES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JOINT STATUS REPORT

Pursuant to the Court's August 8, 2008 Order, the parties hereby file this Joint Status Report to present its views on what effect, if any, the Court's reinstatement of the instant case ("*Hodge I*") has or should have on *Hodge v. United Airlines*, Civ. No. 08-cv-0232 ("*Hodge II*") also pending before this Court.

Defendant maintains that it should not be required to defend itself against the same claims in two different cases. The parties agree that *Hodge I* should be fully briefed by the parties on or before September 5, 2008, pursuant to the Court's August 8, 2008 Order and *Hodge II* should be stayed pending the Court's resolution of *Hodge I*. The parties request that after Court resolves the pending motion to dismiss in *Hodge I*, the Court permits Plaintiff 15 days to file an amended complaint consolidating any remaining claims in *Hodge I* with *Hodge II*.

Defendant reserves the right to assert any and all defenses that it may have against this consolidated action and to file a motion to dismiss against any claims that may be asserted in this amended complaint.

|  | Respectfully submitted, |
|---|---|
| MALIK HODGE | UNITED AIRLINES |

| | |
|---|---|
| By: _s/ with consent of David A. Branch | By: _s/ Eric J. Janson_____ |
| David A. Branch #438764 |    Michael A. Viccora |
| LAW OFFICE OF DAVID A. BRANCH |    Eric J. Janson |
| 1825 Connecticut Avenue, NW, Suite 690 |    SEYFARTH SHAW LLP |
| Washington, DC 20009 |    815 Connecticut Avenue, N.W. |
| (202) 785-2805 (telephone) |    Suite 500 |
| (202) 785-0289 (facsimile) |    Washington, DC 20006-4004 |
| dablaw@erols.com |    (202) 463-2400 (telephone) |
| |    (202) 828-5393 (facsimile) |
|  Counsel for Plaintiff Malik Hodge |    mviccora@seyfarth.com |
| |    ejanson@seyfarth.com |
| Dated: August 22, 2008 |    Counsel for Defendant United Airlines Inc. |